# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

**NGOZI IWEHA,**

        **Plaintiff,**

v.                                          Case No. 21-1228-DDC

**STATE OF KANSAS,**
**KANSAS DEPARTMENT OF AGING**
**AND DISABILITY SERVICES,**
**MARY SEDDEN,**
**LESIA DIPMAN,**
**JOHN FOX,**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

**Defendants Lesia Dipman and John Fox were dismissed from this action consistent with the Memorandum and Order (Doc. 38) filed on May 26, 2022.**

**Plaintiff recovers nothing, the action is dismissed on the merits, and the defendants shall recover costs from plaintiff consistent with the Memorandum and Order (Doc. 74) filed on April 7, 2023.**

    04/07/2023                                              SKYLER B. O'HARA
      Date                                                     CLERK OF THE DISTRICT COURT

                                                                       by:   s/ Megan Garrett
                                                                              Deputy Clerk