IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NGOZI IWEHA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 21-CV-1228-DDC |
| | ) |
| STATE OF KANSAS, KANSAS DEPARTMENT OF AGING AND DISABILITY SERVICES, MARY SEDDON, LESIA DIPMAN, and JOHN FOX | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Plaintiff Ngozi Iweha appeals to the United States Courts of Appeals for the Tenth Circuit from the final judgment entered on April 7, 2023, and from the Memorandum and Order dismissing Plaintiff's 42 U.S.C. § 1981 claims against defendants Lesia Dipman and John Fox with prejudice.

Respectfully submitted,

/s/ Andrew L. Foulston
Jennifer M. Hill, #21213
Andrew L. Foulston, #27688
Matthew A. Gorney, #26001
MCDONALD TINKER PA
300 W. Douglas, Ste. 500
Wichita, KS 67202
T: 316-263-5851 | 316-263-4677
E: jhill@mcdonaldtinker.com
  afoulston@mcdonaldtinker.com
  mgorney@mcdonaldtinker.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 5th day of May 2023, a copy of the above and foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which will send notice to all counsel of record, including:

Jeffrey M. Kuhlman
1321 Main Stree – Suite 300
P.O. Drawer 1110
Great Bend, Kansas 67530
(620) 792-8231 Fax (620) 792-2775
jkulman@wcrf.com
*Attorney for Defendants*

Theodore J. Lickteig
Lickteig Law Firm, LLC
12760 W. 87th Street, Suite 112
Lenexa, Kansas 66215-2878
913-894-1090
tjlawoffice@planetkc.com
*Attorneys for defendant John Fox*

    /s/ Andrew L. Foulston
    Andrew L. Foulston, #27688